JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DIEGO ALBERTO VILLALTA CHEVEZ,

        Petitioner,

    v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Respondent.

Case No. 5:26-cv-01914-JLS-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is denied as moot, with no further proceedings, consistent with the reasons and findings set forth in the Order Denying Petition as Moot.

DATED: July 1, 2026

_____
HON. JOSEPHINE L. STATON
United States District Judge